IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gordon, Robert Edmund | Case Number: 04 B 32175 |
|---|---|---|
|  | Gordon, Elizabeth Alice | Judge: Wedoff, Eugene R |
|  | Printed: 4/15/08 | Filed: 8/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 29, 2007
Confirmed: October 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,618.50 |  |
| Secured: |  | 5,473.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 445.33 |
| Other Funds: |  | 0.02 |
| Totals: | 8,618.50 | 8,618.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 1,764.90 | 5,473.15 |
| 3. | Internal Revenue Service | Priority | 1,519.88 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 37.39 | 0.00 |
| 5. | Capital One | Unsecured | 100.18 | 0.00 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 401.95 | 0.00 |
| 7. | Cingular Wireless | Unsecured | 68.53 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 0.28 | 0.00 |
|  |  |  | $ 6,593.11 | $ 8,173.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 104.37 |
| 4% | 34.93 |
| 3% | 20.39 |
| 5.5% | 174.42 |
| 5% | 34.30 |
| 4.8% | 76.92 |
|  | $ 445.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gordon, Robert Edmund
        Gordon, Elizabeth Alice
        Printed:  4/15/08

Case Number:  04 B 32175
Judge:  Wedoff, Eugene R
Filed:  8/30/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

